# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

——————————————————————————— x
                            :

MOHAMMED ABDULLAH MOHAMMED    :
BA ODAH, *et al.,*                        :
                            :

                Petitioners,      :
                            :  Civil Action No. 06-1668 (TFH)

          v.                :

                            :

BARACK H. OBAMA, *et al.,*        :

**FILED**

**MAR 1 1 2014**

            Respondents.    :
——————————————————————————— x

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### ORDER GRANTING PETITIONER'S
### UNOPPOSED MOTION TO VOLUNTARILY DISMISS
### HABEAS PETITION WITHOUT PREJUDICE

Upon consideration of Petitioner Tariq Ali Abdullah Ahmed Ba Odah's

Unopposed Motion to Voluntarily Dismiss Habeas Petition Without Prejudice, it is

hereby

ORDERED that the motion is GRANTED and his petition is hereby dismissed

without prejudice. It is further

ORDERED that the Protective Order and Procedures for Counsel Access to

Detainees at the United States Naval Base in Guantanamo Bay, issued by Judge Hogan

on September 11, 2008, in In re: Guantanamo Bay Detainee Litigation, No. 08-MC-442

(TFH) (D.D.C.) (08-MC-0442 Dkt. No. 235), and entered in this case (Dkt. No. 37) on

that date (the "Protective Order"), shall remain in effect and continue to govern

Petitioner's access to counsel while he remains confined at Guantanamo Bay and has the

right to seek further relief by habeas corpus, whether or not he actually continues to have a petition pending before the Court.  It is further

ORDERED that this Order is without prejudice to the parties' rights to seek to set aside, modify, or otherwise obtain relief from any provision herein or of the Protective Order on any ground that could be or could have been raised at any time.  It is further

ORDERED that the Court shall retain jurisdiction to enforce the terms of this Order.

It is so ORDERED.

Dated this __7__ day of March 2014.

Honorable Thomas F. Hogan
Senior U.S. District Judge